AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ANTHONY FERRELL HOLSTICK | ) | Case No: 3:94-cr-114-WHA-01 |
| | ) | USM No: 45024-019 |
| Date of Original Judgment: 01/31/1995 | ) | |
| Date of Previous Amended Judgment: 03/15/1996 | ) | N.A. |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in*
*the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

```
No change in guidelines range because Defendant was accountable for
in excess of 4KG of cocaine base.  360 months on Counts 1, 20, 21, 22, 23
and 24 all to run concurrently.  250 months on Count 25, to run concurrently
with Counts 1, 20, 21, 22, 23 and 24.  60 months on Count 3 (gun count)
to run consecutive to all other counts.
```

Except as otherwise provided, all provisions of the judgment dated   03/15/1996   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 04/19/2016                          /s/ W. Harold Albritton
                                               *Judge's signature*

Effective Date: _____              W. Harold Albritton, Senior U. S. District Judge
*(if different from order date)*                *Printed name and title*