IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 3:94CR114-WHA |
| | ) | (WO) |
| ANTHONY FERRELL HOLSTICK | ) | |

ORDER

Upon consideration of the Defendant's Motion to Supplement Previously Submitted Motion for Relief Under 18 U.S.C. §3582 (Doc. #1654), the court finds the motion to be without legal merit, for the reasons stated in the Order (Doc. #1629) which denied the Motion for Retroactive Application of Amendment 782 (Doc. #1613) and Motion For A Sentence Reduction Purusant to 18 U.S.C. §3582(c)(2) (Doc. #1627). Accordingly, it is hereby

ORDERED that the Motion to Supplement is DENIED.

DONE this 13th of December, 2017.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE