IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )      CRIMINAL ACTION NO.
     v.                       )         3:94cr114-MHT
                              )            (WO)
ANTHONY FERRELL HOLSTICK      )
```

ORDER

As defendant Anthony Ferrell Holstick is no longer in the custody of the Bureau of Prisons, *see* www.bop.gov/inmateloc/ (visited on October 8, 2025), it is ORDERED that his motion for appointment of counsel (Doc. 1669) regarding a sentence reduction and his motion for compassionate release (Doc. 1677) are denied as moot.  Also, his compassionate-release motion lacked merit.

DONE, this the 20th day of October, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE